USA-74-24B
(Rev. 05/01)

| | | |
|---|---|---|
| HOUSTON DIVISION | **CRIMINAL DOCKET**<br>United States Courts<br>Southern District of Texas<br>FILED<br>*April 14, 2023*<br>Filed Nathan Ochsner, Clerk of Court | No. **4:23-cr-00168** |

USAO Number: 2021R00713
Magistrate Number:

CRIMINAL INFORMATION

Judge: **Hoyt**

**ATTORNEYS:**
**ALAMDAR S. HAMDANI, USA**   (713) 567-9000
STEVEN T. SCHAMMEL, AUSA   (713) 567-9000

UNITED STATES of AMERICA
vs.

JEAN LEWANDA WILLIAMS

| | Appt'd | Private |
|---|---|---|
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

**CHARGE:**
(TOTAL)
(COUNTS:)
( 1 )

Ct. 1: Retaining Embezzled/Stolen Government Property - [18 USC § 641]

**PENALTY:** Ct. 1: No less than 20 years imprisonment and/or $250,00 fine, 3 years SRT, $100 SA

NOTICE OF CRIMINAL FORFEITURE [28 USC § 2461(c) and 18 USC § 981(a)(1)(C)]

☐ In Jail
☐ On Bond
☒ No Arrest

NAME & ADDRESS
of Surety:

**PROCEEDINGS:**